IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> 1111 Constitution Avenue, NW <br> Washington, DC 20224 <br>    Plaintiff, <br><br> v. <br><br> KYBELE HAIR SALONS, LTD. <br> 3716 Macomb Street, NW <br> Washington, DC 20016 <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT FOR RECOVERY OF ERRONEOUS TAX REFUND**

PLAINTIFF, the United States of America, by and through its attorneys, shows unto this Court as follows:

1. This suit is brought pursuant to 26 U.S.C. §§ 7401 and 7405(b), to recover an erroneous refund of taxes paid to Kybele Hair Salons, Ltd.

JURISDICTION & VENUE

2. This action has been authorized and requested by the Secretary of the Treasury and has been directed by the Attorney General.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a) and 7405.

4. Venue is properly laid in this district pursuant to 28 U.S.C. § 1396.

PARTIES

5. Plaintiff, the United States of America, is the sovereign.

6. Defendant, Kybele Hair Salon Ltd. (hereinafter referred to as "Kybele"), is a corporation which was doing business at 3716 Macomb Street, NW, Washington, DC, within this judicial district.

## CLAIM FOR RELIEF

7. Defendant, Kybele, filed its Form 941 for the tax period ended March 31, 2004 on or about April 15, 2004.

8. The return, filed on or about April 15, 2004, reflected a liability of $21,214.86 and deposits of $21,942.78. The return requested that the overpayment of $727.92 be applied to a future liability.

9. On or about April 29, 2004, Kybele filed another Form 941 for the tax period ended March 31, 2004. This return was filed by Kybele's president Mr. Naci Eren.

10. The return, filed on or about April 15, 2004, reflected a liability of $1,125.84 and deposits totaling the same.

11. On September 20, 2004, the Internal Revenue Service erroneously, mistakenly, and without cause refunded to defendant Kybele, the sum of $16,360.12 in respect of defendant's March 31, 2004 tax period.

12. On December 14, 2005, defendant Kybele was requested by the Internal Revenue Service to repay, with interest, the monies which had been erroneously refunded to it on September 20, 2004, in respect of defendant's March 31, 2004 tax period.

13. Defendant Kybele has refused and failed to repay the monies which had been erroneously refunded to it on September 20, 2004, in respect of defendant's March 31, 2004 tax period.

14. On account of its refusal to repay, with interest, the monies which were erroneously refunded to to it on September 20, 2004, in respect of defendant's March 31, 2004 tax period, defendant Kybele is indebted to the United States in the amount of $16,360.12, plus statutory interest accruing from September 20, 2004.

WHEREFORE, plaintiff, the United States of America prays that this Court:

A. Order, adjudge and decree that defendant, Kybele is indebted to the United States of America in the amount of $16,360.12, plus statutory interest accruing from September 20, 2004, until paid;

B. Award plaintiff its costs of prosecuting this action; and

C. Grant such other and further relief as the Court may deem just and proper under the circumstances.

DATED: September 15, 2006.

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney