UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>        Plaintiff,            )<br>                              )<br>   v.                         )<br>                              )<br> KYBELE HAIR SALONS, LTD.,    )<br>                              )<br>        Defendant.            )<br>                              ) | Civil Action No. 06-1614   (PLF) |

### ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on January 11, 2007.  An affidavit of said service has been filed with the Court.  Defendant's answer was due on January 31, 2007.  No answer or notice of appearance has been entered.  Plaintiff has not yet requested an entry of default by the Clerk of the Court for the United States District Court for the District of Columbia declaring that defendant is in default for failure to plead or otherwise defend this action.  Accordingly, it is hereby

ORDERED that plaintiff shall file a request to the Clerk of the Court for entry of default on or before March 30, 2007

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 16, 2007