IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:06CV01614 (PLF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| KYBELE HAIR SALONS, LTD., | ) |
| | ) |
| Defendant. | ) |

REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of the defendant Kybele Hair Salons, Ltd. for failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a) as appears from the sworn declaration of Beatriz T. Saiz, attached hereto.

DATED: March 29, 2007.

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney