IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:06CV01614 (PLF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| KYBELE HAIR SALONS, LTD., | ) |
| | ) |
| Defendant. | ) |

DECLARATION OF BEATRIZ T. SAIZ

I, Beatriz T. Saiz, pursuant to 28 U.S.C. Section 1746 do hereby declare as follows:

1.  I am employed as a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2.  As part of my duties as a trial attorney with the Tax Division, I have been assigned litigation responsibility for the above-captioned civil action.

3.  On January 11, 2007, defendant Kybele Hair Salons, Ltd was served with a summons and complaint in this case. The return of service for defendant was filed with the Court on January 12, 2007. A true and correct copy of the return of service is attached hereto as exhibit A.

4.  Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, defendant was required to serve an answer to the complaint by January 31, 2007, or earlier.

5.  Defendant has not responded as required by Fed. R. Civ. P. 12(a) and time for such response has not been extended by the Court.

6. Upon information and belief, defendant is neither an infant nor incompetent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on : March 29, 2007

BEATRIZ T. SAIZ