IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:06CV01614 (PLF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| KYBELE HAIR SALONS, LTD., | ) |
| | ) |
| Defendant. | ) |

DEFAULT

The defendant, Kybele Hair Salons, Ltd., having failed to appear, plead, or otherwise defend in this action, a

DEFAULT is hereby entered against the defendant, Kybele Hair Salons, Ltd., pursuant to Fed. R. Civ. P. 55(a).

Dated this ____ day _____, 2007.

NANCY MAYER-WHITTINGTON
Clerk

By:  _____
Deputy Clerk