IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:06CV01614 (PLF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| KYBELE HAIR SALONS, LTD., | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing REQUEST TO ENTER DEFAULT, DEFAULT, and DECLARATION OF BEATRIZ T. SAIZ have been made this 29th day of March, 2007, by depositing copies thereof in the United States mail, postage prepaid, addressed as follows:

> Kybele Hair Salons, Ltd.
> c/o Jeanne O'Donnell
> 4201 Butterworth Place, NW
> Washington, DC 20016-4538

> _/s/ Beatriz T. Saiz_____
> BEATRIZ T. SAIZ