Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

    v.

Civil Action No. 06-1614 PLF

KYBELE HAIR SOLONS LTD

    Defendant(s)

RE: KYBELE HAIR SOLONS LTD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of March, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:    N. Wilkens
      Deputy Clerk