UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYBELE HAIR SALONS, LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1614   (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on January 11, 2007. An affidavit of said service has been filed with the Court. On March 30, 2007, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Plaintiffs have not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiffs shall file a motion for entry of default judgment on or before May 25, 2007.

SO ORDERED.

____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 7, 2007