IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Case No. 1:06CV01614 (PLF) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| KYBELE HAIR SALONS, LTD., ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR DEFAULT JUDGMENT

Defendant Kybele Hair Salon, Ltd. has failed to plead or otherwise defend as provided by Fed. R. Civ. P. 55 (a), and on March 30, 2007, the Clerk of the Court entered the defendant's default.

The United States' claim against the defendant is for a sum certain as is evident from the Declaration of James Davis which is being submitted with this Request. The United States seeks a judgment against the defendant for an erroneous refund issued to it in the amount of $16,360.12. As of June 1, 2007, defendant Kybele Hair Salon, Ltd. will be indebted to the United States in the total amount of $19,626.92, plus statutory additions thereafter. (See Decl. Of James Davis ¶ 3.)

The United States submits no brief with this Request which involves only computational issues.

Therefore, the United States seeks a default judgment against defendant Kybele Hair Salon, Ltd. in accordance with Fed. R. Civ. P. 55 (b) (1).

DATED: May 24, 2007

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Civil Trial Section
Eastern Region, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6585 telephone
(202) 514-6866 facsimile
beatriz.t.saiz@usdoj.gov

OF COUNSEL :
JEFFREY A. TAYLOR
United States Attorney