IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:06CV01614 (PLF) |
| Plaintiff, | ) |
| v. | ) |
| KYBELE HAIR SALONS, LTD., | ) |
| Defendant. | ) |

### DECLARATION OF JAMES DAVIS

I, James Davis, pursuant to 28 U.S.C., Section 1746, declare as follows:

1. That my official title is Revenue Officer, Internal Revenue Service, in Washington, DC, and as such, I have custody of, and have examined, all the documents and records referred to in this declaration.

2. On September 20, 2004, the Internal Revenue Service issued an erroneous refund to Kybele Hair Salons, Ltd. in the amount of $16,360.12.

3. I certify that Kybele Hair Salons, Ltd. will owe the United States, for the erroneous refund issued to it, a total amount of $19,626.92 as of June 1, 2007, plus statutory additions thereafter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2007

JAMES DAVIS
Revenue Officer
Washington, DC