IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:06CV01614 (PLF) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| KYBELE HAIR SALONS, LTD., | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing REQUEST FOR DEFAULT

JUDGMENT, DECLARATION OF JAMES DAVIS, and proposed DEFAULT

JUDGMENT was served on the 24th day of May, 2007 by placing true copies and

correct copies thereof  in the United States mail, postage prepaid, and properly served

upon the following:

Kybele Hair Salons, Ltd.
c/o Jeanne O'Donnell
4201 Butterworth Place, NW
Washington, DC 20016-4538


/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ