IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Case No. 1:06CV01614 (PLF) | |
| Plaintiff, ) | |
| ) | **FILED** |
| v. ) | |
| KYBELE HAIR SALONS, LTD., ) | JUN 2 7 2007 |
| ) | |
| Defendant. ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## DEFAULT JUDGMENT

Default having been entered against defendant Kybele Hair Salons, Ltd. and counsel for the plaintiff having requested a judgment against the defaulted defendant Kybele Hair Salons, Ltd. and having filed a proper Declaration in accordance with Rule 55 of the Federal Rules of Civil Procedure,

Judgment is rendered in favor of the plaintiff, United States of America and against defendant Kybele Hair Salons, Ltd., for an erroneous refund issued to it in the amount of $16,360.12 plus interest thereon pursuant to 26 U.S.C. § 6601 to the date of payment and all future costs. As of June 1, 2007, the amount due will be $19,626.92.

6/27/2007
Date

Michelle Moore
Deputy CLERK
United States District Court